DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEXIS ARICHABALA and
JANNA PERRY,

Appellants,

v.

THE GARDENS OF FOREST LAKES
CONDOMINIUM ASSOCIATION, INC.,

Appellee.

No. 2D2025-0306

_____

November 14, 2025

Appeal from the County Court for Pinellas County; John Carassas, Judge.

Alexis Arichabala and Janna Perry, pro se.

Daniel F. Pilka of Pilka Adams & Reed, P.A., Brandon, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.